**No. 09-1369. Roberta R. Cano, Petitioner v. Timothy F. Geithner, Secretary of the Treasury.**

560 U.S. 966, 130 S. Ct. 3432, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4776.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 354 Fed. Appx. 283.